Michael Greenberg, an Infant, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Order modified so far as

to set aside the satisfaction of the judgment and to authorize the issue of execution for $3,000 and interest, and as modified affirmed, without costs, on the authority of *Wileman* v. *Metropolitan Street R. Co.* (80 App. Div. 53) and *Heiter* v. *Joline* (135 id. 13). Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

